IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL CUADROS, ESQ

10-mc-00268-JAF-BJM

**NOTICE OF APPEAL re:**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, ECF NO. 20;**
**ORDER, ECF NO. 25**

TO THE CLERK OF THE COURT:

NOTICE IS HEREBY GIVEN that respondent trough the undersigned counsel and pursuant to **28 U.S.C. § 1291**, appeals to the United States Court of Appeals for the First Circuit from *Magistrate Judge's Report And Recommendation*, **ECF NO. 20**, and this Court's order accepting the same on July 8th, 2011, as set forth in **ECF. No. 25**.

Submitted in New York City, this 15th day of July, 2011.

**S/William Meléndez**
William Meléndez
Attorney for Respondent
USDC PR No. 226902

410 Park Avenue 15th Floor, Suite # 1223
New York, New York 10022
Tel. (718) 725-7387
We.Melendez@e-Lex.us

1