IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL CUADROS, ESQ

**10-mc-00268-JAF-BJM**

## NOTICE OF APPEAL

TO THE CLERK OF THE COURT:

NOTICE IS HEREBY GIVEN that respondent pursuant to **28 U.S.C. § 1291**, appeals to the United States Court of Appeals for the First Circuit from *Magistrate Judge's Report And Recommendation*, **ECF NO. 20**, this Court's order accepting the same on July 8th, 2011, as set forth in **ECF. No. 25**, and this Court's Order suspending respondent from the practice of law in this forum, **ECF. No. 28**.

Submitted in San Juan, this 29th day of July, 2011.

**S/Miguel Cuadros**
Miguel Cuadros
Respondent
701 Ponce de Leon, Suite # 215
San Juan, PR 00907
Tel. (787) 725-2652
macuadros@cuad-law.com