# United States Court of Appeals
## For the First Circuit

No. 11-8037

IN RE: MIGUEL A. CUADROS-PESQUERA

**ORDER OF COURT**

Entered: August 9, 2011
Pursuant to 1st Cir. R. 27.0(d)

    A copy of the United States District Court for the District of Puerto Rico's July 21, 2011 order suspending Miguel A. Cuadros-Pesquera from the practice of law for a period of one year before that court has been filed this day.

    It is ordered that Miguel A. Cuadros-Pesquera shall show cause, if any there be, why an order should not be entered suspending Miguel A. Cuadros-Pesquera from this court's bar for a similar period, by making answer, under oath, to this show cause order on or before **September 8, 2011**. A hearing may be requested within thirty (30) days after service of the order. Otherwise, the matter will be determined on the papers without hearing.

    It is further ordered that service of a copy of this show cause order, together with a copy of the United States District Court for the District of Puerto Rico's July 21, 2011 order shall be made forthwith by the Clerk of the Court by regular mail, and certified mail, return receipt requested.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Miguel A. Cuadros-Pesquera
Frances DeMoran, Clerk, USDC PR