# United States Court of Appeals
## For the First Circuit

Nos. 11-1898, 11-1899, 11-8032

In re: WILLIAM MELÉNDEZ-MENÉNDEZ

Appellant

Nos. 11-1910, 11-8037

In re: MIGUEL CUADROS-PESQUERA

Appellant

Before

Torruella, Selya, and Lipez,
<u>Circuit Judges</u>.

**JUDGMENT**
**Entered: March 14, 2012**

    The district court's discipline as to attorneys William Meléndez-Menéndez and Miguel Cuadros-Pesquera is affirmed.  Mr. Meléndez-Menéndez shall remain suspended from the practice of law before the U.S. District Court for the District of Puerto Rico for the two year period the district court has ordered.  Mr. Cuadros-Pesquera shall remain suspended from the practice of law before the same court for the one year period the district court has ordered.  Attorneys Meléndez-Menéndez and Cuadros-Pesquera are reciprocally suspended from the practice of law in this forum during these periods.

    No later than March 30, 2012, attorneys Meléndez-Menéndez and Cuadros-Pesquera shall advise any parties they represent in matters pending before this court that they have been suspended from the practice of law for the terms stated, and cannot continue to represent them.  The attorneys shall provide any affected clients with a copy of this judgment.

    No later than April 6, 2012, attorneys Meléndez-Menéndez and Cuadros-Pesquera shall certify to the court that they have provided such notice to their affected clients.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>.

cc:
Frances Rios de Moran, Clerk
Miguel A. Cuadros-Pesquera
William E. Melendez-Menendez
Mariela  Rexach
Jorge A.  Rivera